FILED
SUPERIOR COURT
OF GUAM

2014 JUL 16 AM 10: 15

CLERK OF COURT
BY:_____

# IN THE SUPERIOR COURT
# OF GUAM

| | | |
|---|---|---|
| MAY D.F. HANNAH, | ) | Civil Case No. CV1651-10 |
| Plaintiff, | ) | |
| | ) | **DECISION & ORDER** |
| vs. | ) | |
| LUCILLE FLORES LEON GUERRERO, IGNACIO R. LEON GUERRERO, ALFRED F. LEON GUERRERO, MARK D. LEON GUERRERO, BRIAN F. LEON GUERRERO and DOES I-IX, | ) | |
| Defendants. | ) | |

## INTRODUCTION

Pursuant to Rule 7.1 of the Local Rules of the Superior Court of Guam, the issue of entry of a scheduling order was placed under advisement by the Honorable Judge Michael J. Bordallo on May 26, 2014. Defendants were represented by Attorney Jacqueline Taitano Terlaje. Plaintiff was represented by Attorney James M. Maher. After having carefully received and reviewed the papers, arguments and the file herein, the Court hereby orders compliance with the following scheduling order.

## BACKGROUND

The instant claim arises out of Plaintiff's July 11, 2011, First Amended Complaint. In her complaint, she asserts cases of action for, breach of fiduciary duty, fraud, deceit, quiet title and conversion. On July 25, 2013, the Court entered an order denying Defendants' motion to



compel and setting a 30-day deadline for responding to all non-expert fact discovery propounded by the Parties. On April 17, 2014, nearly eight months after the entry of the Court's order, the Parties met to discuss outstanding discovery issues.

On May 12, 2014, Defendants filed a paper entitled, Mutual Disagreement of Scheduling Order. In it they assert they have made a good faith effort but are unable to agree upon a scheduling order and discovery plan. Attached to Defendants' paper is a copy of the Parties' proposed scheduling orders.

On May 20, 2014, Plaintiff filed a paper entitled, Objection to Defendant's Proposed Scheduling Order and Discovery Plan. In her objection Plaintiff asserts and argues Defendants' failure to show sufficient cause for extending discovery. Citing rule 16.5(a) of the Court's local rules, Plaintiff argues that Defendants must demonstrate extraordinary and compelling circumstances and specifically describe an identifiable need.

## DISCUSSION

Rule 16 of the Guam Rules of Civil Procedure regulates the entry of scheduling orders in any action pending before a court. Guam R. Civ. P. 16(a). It grants a court the discretion to direct the expedited disposition of an action, control protracted case management, discourage wasteful pretrial activities, require thorough pretrial preparation and facilitate settlement. *Id.* Guam R. Civ. P. 16(a). It further allows the entry of an order that limits and establishes deadlines for the: joiner of parties, filing of motions, amendment of pleadings, completion of discovery and establishes dates for a final pretrial conference and trial. *Id.* (b). Once such an order has entered the rule further requires that prior to its amendment there be a showing of good cause. *Id.*

Rule 16.5 of the Superior Court of Guam's Local Rules regulates the extension of

deadlines fixed in a scheduling order. Super. Ct. Guam R. 16.5(a). It requires that a second request to extend a discovery deadline be supported by extraordinary and compelling circumstances. *Id.*

In this case, Defendants in their noticing paper make no assertion that would satisfy a finding good cause or compelling circumstance. Defendants' proposed scheduling order indicates that off-island witness testimony may impact the scheduling of a trial, however, they do not use this assertion to support a request to enlarge a deadline. Defendants further indicate that they intend to file a motion to enlarge time for discovery but a review of the Court's file reveals no such filing.

Under the above standard and in consideration of the length of time this matter has been pending, and the Guam Supreme Court's Administrative Rules 006-001 and 13-003, the Court finds the entry of the following dates and deadlines necessary to a resolution of this matter:

1. The discovery cutoff period in this matter has expired and shall not be extended absent a showing of compelling circumstance;

2. The deadline for dispositive motions in this matter has expired;

3. A Pretrial Conference in this matter is set for _Nov 11_, _____, 2014, at _11: 00 A_ m.;

4. The Parties' pretrial materials, discovery materials, witness lists, designations, and exhibit lists shall be filed 28 days prior to the trial set in this matter;

5. A five day trial by a jury of six is set to commence on November _24_, 2014, at _1:30 p_, m.

//

//

## CONCLUSION

Based on the foregoing, the Court orders the Parties' compliance with the above deadlines.

SO ORDERED, this _16_ of _JULY_ 2014.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the original hereto was placed in the court box of:

Jacqueline T. Terlaje

Jranz Maher

Date 7/16/14 Time: 10 30

Deputy Clerk, Superior Court of Guam